■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE O'NEAL, Appellant. [841 NYS2d 876]—

Judgment, Supreme Court, Bronx County (Megan Tallmer, J.), rendered May 15, 2001, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 8 to 16 years, unanimously affirmed.

The court properly declined to charge criminal possession of a controlled substance in the seventh degree as a lesser included offense, since there was no reasonable view of the evidence, viewed in a light most favorable to defendant, to support a finding that defendant's possession was without intent to sell (*see People v Tineo*, 16 AD3d 165 [2005], *lv denied* 4 NY3d 857 [2005]; *People v Henry*, 272 AD2d 238 [2000], *lv denied* 95 NY2d 890 [2000]).

We perceive no basis for reducing the sentence. Concur—Mazzarelli, J.P., Saxe, Sullivan, Catterson and Kavanagh, JJ.